IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE NIX,

    Petitioner,

v.                                        CASE NO. 4:05-cv-00244-MP-AK

JAMES V. CROSBY,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Willie Nix. Petitioner has not, however, submitted a motion to proceed *in forma pauperis* or paid the filing fee. Review of Petitioner's petition will be therefore be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.

Accordingly, it is **ORDERED:**

1. The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2. Petitioner shall have until **August 16, 2005**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**.

**DONE AND ORDERED** this *15th* day of July, 2005

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**