IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE NIX,

    Petitioner,

v.                                             CASE NO. 4:05-cv-00244-MP-MD

JAMES V CROSBY,
JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, the Report and Recommendation of the Magistrate Judge, recommending that Petitioner's § 2254 petition be denied. The time for filing objections has passed, and none have been filed. The Court agrees that each claim brought here was addressed by the state court under the <u>Strickland</u> standard, and petitioner has failed to show that "the state court's application of clearly established federal law was objectively unreasonable." <u>Williams v. Taylor</u>, 529 U.S. 362, 409 (2000). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *12th*  day of October, 2006

                      *s/Maurice M. Paul*
                   Maurice M. Paul, Senior District Judge